1    Andrew F. Halaby (#017251)
2    Rachael Peters Pugel (#032626)
     SNELL & WILMER L.L.P.
     One Arizona Center
3    400 E. Van Buren, Suite 1900
     Phoenix, Arizona  85004-2202
4    Telephone:  602.382.6000
     Facsimile:  602.382.6070
5    E-Mail: ahalaby@swlaw.com
           rpugel@swlaw.com
6    Attorneys for Plaintiffs

7

8

           IN THE UNITED STATES DISTRICT COURT
9

            FOR THE DISTRICT OF ARIZONA
10

11

12   Dermaforce Holdings, LLC, a Delaware       No.
     limited liability company; and SkinBetter
13   Science, LLC, a Delaware limited liability    **COMPLAINT FOR DAMAGES,**
     company,                                **INJUNCTIVE AND OTHER**
14                  Plaintiffs,       **RELIEF, FOR VIOLATION OF 15**
                                            **USC § 1114; 15 USC § 1125(a); AND**
15        v.                            **RELATED CLAIMS**
16   Robert Taitano and Marianne Taitano,      **DEMAND FOR JURY TRIAL**
     husband and wife,
17
                 Defendants.
18

19        Plaintiffs DermaForce Holdings, LLC ("DermaForce") and SkinBetter Science, LLC

20 (collectively, "SkinBetter Science" or "Plaintiffs"), hereby assert claims against defendants,

21 Robert Taitano and Marianne Taitano (collectively, "Defendants"), for trademark

22 infringement in violation of the Lanham Act, 15 U.S.C. § 1114; unfair competition in

23 violation of the Lanham Act, 15 U.S.C. § 1125(a); common law trademark infringement;

24 common law unfair competition; and tortious interference with contractual relations and

25 business expectancies.  These claims arise from Defendants' misappropriation of Plaintiffs'

26 trademarks in conjunction with Defendants' unlawful and unauthorized sale of Plaintiffs'

27 skincare products on the Internet.

28

     \4835-0428-5864

*Snell & Wilmer*
*L.L.P.*
*LAW OFFICES*
*One Arizona Center, 400 E. Van Buren, Suite 1900*
*Phoenix, Arizona  85004-2202*
*602.382.6000*

**PARTIES, JURISDICTION, AND VENUE**

1.      Plaintiff SkinBetter Science, LLC is a limited liability company, organized under the existing laws of the State of Delaware, with its principal place of business located in Phoenix, Arizona.

2.      Plaintiff DermaForce is a limited liability company, organized under the existing laws of the State of Delaware, with its principal place of business located in Phoenix, Arizona.

3.      Upon information and belief, Robert Taitano is a natural person residing at 14105 Foothill Ave., San Martin, CA 95046; and one of the owners and operators of the storefront "taiphoononlineventures" on www.ebay.com ("eBay").

4.      Upon information and belief, Marianne Taitano is a natural person residing at 14105 Foothill Ave., San Martin, CA 95046; and one of the owners and operators of the storefront "taiphoononlineventures" on eBay.

5.      On information and belief, Robert Taitano and Marianne Taitano have at all material times been married to each other. On information and belief, Defendants committed all acts alleged herein on behalf of and for the benefit of the marital community.

6.      The Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1331 and § 1338, and 28 U.S.C. § 1367. Plaintiffs' claims are predicated on 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a), and related claims under state law.

7.      This Court has personal jurisdiction over Defendants because they have expressly aimed tortious activities toward the state of Arizona and established minimum contacts with Arizona by, among other conduct, advertising and selling products bearing SkinBetter Science's trademarks to consumers within Arizona through one or more highly interactive commercial websites in the regular course of business, with knowledge that Plaintiffs are located in Arizona and are being harmed by Defendants' sales of infringing products to Arizona residents.  SkinBetter Science's claims arise out of Defendants' sales of infringing products bearing SkinBetter Science's trademarks to Arizona residents in the regular course of business.

\4835-0428-5864

8.     Venue is proper in this judicial district under, without limitation, 28 U.S.C. § 1391(b), because a substantial part of the events giving rise to the claims herein occurred within this judicial district. In the alternative, venue is properly founded in this judicial district pursuant to 28 U.S.C. § 1391(c), because Defendants are subject to personal jurisdiction in this district.

**FACTUAL ALLEGATIONS**

**Intellectual Property at Issue**

9.     SkinBetter Science develops and manufactures high-end, professional-grade skincare products and sells them exclusively through a network of authorized physician providers, all of which must be or employ a medically licensed professional ("Authorized Physician Partners"), under the brand name "SkinBetter Science."

10.     SkinBetter Science devotes a significant amount of time, energy, and resources toward protecting the value of its brand, products, name, and reputation.  Each SkinBetter Science product is packaged so that the SkinBetter Science brand is easily and readily identifiable.  Furthermore, each product is handled with the utmost care and precision during the packaging and transportation process.  In the highly competitive skin care market, quality is a fundamental driver of the consumer's decision to purchase a product.

11.     DermaForce is a holding company that owns various trademarks that are licensed to and used by SkinBetter Science, LLC.

12.     To promote and protect the SkinBetter Science brand, DermaForce owns strong, preexisting, exclusive common law and federal trademark rights in the trademarks SKINBETTER SCIENCE®, SKINBETTER®, SKINBETTER THE SCIENCE OF YOUR SKIN®, ALPHARET®, INTERFUSE®, and INVISILIFT® (collectively, the "SkinBetter Science Trademarks").

13.     These rights are embodied in, among other things, DermaForce's United States federal trademark registrations for the word marks:

A.     SKINBETTER SCIENCE®, Registration Nos. 5,158,020 and

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

5,088,209, as used in connection with:

    i.    "Medicated skin care preparations, namely, cleansers for skin and wounds, skin creams for diabetics, skin moisturizers, balms and serums; medicated cosmetics; dietary food supplements; enzyme food supplements; food supplements; herbal supplements; mineral supplements; nutritional supplements; vitamins; topical gels, creams and lotions for medical and therapeutic treatment of skin conditions, namely, fine lines and wrinkles, pore reduction, skin texture and brightening; skin care products, namely, topical analgesics; pharmaceutical preparations for dermatological use; pharmaceutical preparations for use in augmentation of soft tissue, smoothing out wrinkles and fine lines, and contouring the face; medicated skin lotions; medicated skin care preparations; non-prescription medicated skin care preparations, namely, medicated skin lotions and cream";

    ii.    "Non-medicated skin care preparations, namely, beauty creams, beauty lotions, beauty masks, body and beauty care cosmetics, cosmetic creams for skin care, non-medicated skin care preparations, skin abrasive preparations, skin cleansers, skin cleansing lotion, skin conditioners, skin cream, skin lighteners, skin lotions, skin moisturizer, skin soap, skin toners, and wrinkle removing skin care preparations"; and

    iii.    "On-line retail store services featuring bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements and nutritional supplements and nonprescription medication of the skin; wholesale distributorships featuring bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements, nutritional supplements and nonprescription medication for the skin; providing a website featuring promotion and marketing information about health and wellness, namely, providing online promotion and marketing information in the fields of bath

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

\4835-0428-5864

and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements, nutritional supplements and nonprescription medication for the skin; providing promotion and marketing consulting services to others in the fields of bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, nonprescription medication for the skin, dietary supplements and nutritional supplements."

B.     SKINBETTER, Registration Nos. 5,088,281, 4,543,994 and 4,538,385, as used in connection with:

i.     "Non-medicated skin care preparations, namely, beauty creams, beauty lotions, beauty masks, body and beauty care cosmetics, cosmetic creams for skin care, non-medicated skin care preparations, skin abrasive preparations, skin cleansers, skin cleansing lotion, skin conditioners, skin cream, skin lighteners, skin lotions, skin moisturizer, skin soap, skin toners, and wrinkle removing skin care preparations";

ii.     "medicated skin care preparations, namely, cleansers for skin and wounds, skin creams for diabetics, skin moisturizers, balms and serums; medicated cosmetics; dietary food supplements; enzyme food supplements; food supplements; herbal supplements; mineral supplements; nutritional supplements; vitamins";

iii.     "Providing a website featuring information about health and wellness, namely, providing online information in the fields of health and beauty as it relates to bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements, nutritional supplements and nonprescription medication for the skin; Providing consulting and counseling services to others in the fields of health and beauty as it relates to bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, nonprescription

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

\4835-0428-5864

medication for the skin, dietary supplements and nutritional supplements; Providing online information in the fields of health and beauty"; and

iv.      "On-line retail store services featuring bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements and nutritional supplements and nonprescription medication of the skin; Wholesale distributorships featuring bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements, nutritional supplements and nonprescription medication for the skin."

C.      SKINBETTER THE SCIENCE OF YOUR SKIN®, Registration No. 4,723,001, as used in connection with:

i.      "On-line retail store services featuring bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements and nutritional supplements and nonprescription medication of the skin; Wholesale distributorships featuring bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements, nutritional supplements and nonprescription medication for the skin"; and

ii.      "Providing a website featuring information about health and wellness, namely, providing online information in the fields of health and beauty as it relates to bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, dietary supplements, nutritional supplements and nonprescription medication for the skin; Providing consulting and counseling services to others in the fields of health and beauty as it relates to bath and beauty products, cosmetics, perfumes, soaps, lotions, skin care products, vitamins, minerals, nonprescription medication for the skin, dietary supplements and nutritional supplements; Providing online information in the fields of health and beauty."

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

\4835-0428-5864

D.      ALPHARET®, Registration Nos. 5,111,407 and 5,138,804, as used in connection with:

      i.      " Topical gel for medical and therapeutic treatment of the skin for use in skin rejuvenation and anti-aging therapies; Topical analgesics; Topical creams and lotions for medical and therapeutic treatment of the skin; Pharmaceutical preparations for dermatological use; pharmaceutical preparations for use in augmentation of soft tissue, smoothing out wrinkles and fine lines, and contouring the face; Medicated skin lotions; Medicated skin care preparations; Non-prescription medication of the skin, namely, medicated skin lotions and creams for the treatment of skin and for use in skin rejuvenation and anti-aging therapies"; and

      ii.      "Non-foaming cosmetic preparations for face and skin; Non-medicated skin care preparations; Non-medicated skin lotions; Cosmetics."

E.      INTERFUSE®, Registration No. 5,224,409, as used in connection with:

      i.      "Lotions for skin; Beauty creams; Beauty lotions; Beauty masks; Body and beauty care cosmetics; Cleansing creams; Cosmetic creams for skin care; Non-medicated skin care preparations; Non-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; Skin abrasive preparations; Skin cleansers; Skin cleansing lotion; Skin conditioners; Skin cream; Skin lighteners; Skin lotions; Skin moisturizer; Skin soap; Skin toners; Wrinkle removing skin care preparations; Topical gel for medical and therapeutic treatment of the skin; Topical analgesics; Topical creams and lotions for medical and therapeutic treatment of the skin; Pharmaceutical preparations for dermatological use; pharmaceutical preparations for use in augmentation of soft tissue, smoothing out wrinkles and fine lines, and contouring the face; Medicated skin lotions; Medicated skin care preparations; Non-prescription medication of the skin, namely,

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

\4835-0428-5864

medicated skin lotions and creams."

F.     INVISILIFT®, Registration No. 5,397,092, as used in connection with:

ii.     "Beauty masks; Beauty care cosmetics; Non-medicated skin care preparations; Wrinkle removing skin care preparations; Anti-aging skin care preparations"; and

iii.     "Topical creams for therapeutic treatment of the skin; Medicated skin care preparations; Non-prescription medication of the skin, namely, medicated skin creams."

14.     The registration for each of the SkinBetter Science Trademarks is valid, subsisting and in full force and effect.

15.     The registrations of SKINBETTER®, as reflected in Registration Nos. 4,543,994 and 4,538,385, are incontestable.

16.     By virtue of Plaintiffs' continuous, nationwide use of SKINBETTER SCIENCE®, ALPHARET®, INTERFUSE®, and INVISILIFT® in interstate commerce since 2016, Plaintiffs own common law rights in these marks as used in connection with the goods and services described in Paragraph 13 of this Complaint.

17.     By virtue of Plaintiffs' continuous, nationwide use of SKINBETTER® and SKINBETTER THE SCIENCE OF YOUR SKIN® in interstate commerce since 2014, Plaintiffs own common law rights in these marks as used in connection with the goods and services described in Paragraph 13 of this Complaint.

18.     SkinBetter Science, pursuant to the exclusive license granted to it by DermaForce, actively uses and markets all of the SkinBetter Science Trademarks in commerce.

19.     Due to the superior quality and exclusive distribution of SkinBetter Science skincare products, and because SkinBetter Science is uniquely recognized as the source of these high quality products, the SkinBetter Science Trademarks have considerable value.

20.     Plaintiffs have devoted considerable resources and efforts to protecting and

promoting the SkinBetter Science Trademarks. As a result, Plaintiffs have developed substantial goodwill and consumer recognition in the SkinBetter Science Trademarks. The SkinBetter Science Trademarks have become valuable assets that signify the origin of the high-quality products offered by Plaintiffs. The SkinBetter Science Trademarks serve as an indicator of source and quality in Plaintiffs' markets both internationally and nationwide, including but not limited to the State of Arizona.

**Plaintiffs Have Implemented Strict Quality Control Procedures for Their Products to Protect the Value of the SkinBetter Science Trademarks and Ensure that Consumers Receive the Genuine, High-Quality Products They Expect from SkinBetter Science**

21.     To maintain the quality of its products and brand, SkinBetter Science exercises strict quality control over the production and distribution of its products. SkinBetter Science's ability to implement these quality controls is essential to the integrity and safety of the SkinBetter Science products, as well as to the value of the SkinBetter Science Trademarks and other intellectual property.

22.     Among other quality control measures, SkinBetter Science skincare products contain a universal product code ("UPC"), batch code, and/or a date affixed to the product packaging or container, which play an important role in combating counterfeits and assisting with any recalls.

23.     Such identifying information also enhances SkinBetter Science's ability to protect against quality slippage in its genuine authorized products and is crucial to SkinBetter Science's ability to effectuate any necessary product recalls and ensure customer safety. For these reasons, SkinBetter Science regularly monitors the market to ensure that this information is not being removed from its products.

**Only Authorized Skincare Professionals Are Able to Resell SkinBetter Science Products**

24.     SkinBetter Science further exercises strict quality control over its products by limiting their sales to Authorized Physician Partners, all of which must be or employ a medically licensed professional. Authorized Physician Partners are required to provide SkinBetter Science with proof of licensure prior to approval of their accounts.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

\4835-0428-5864

25.     SkinBetter Science's Authorized Physician Partners are required to agree to and abide by the SkinBetter Science Authorized Physician Partner Policy.  The SkinBetter Science Authorized Physician Partner Policy imposes quality control requirements and restricts the manner in which SkinBetter Science products may be marketed, sold, and administered to consumers.

26.     SkinBetter Science's Authorized Physician Partners are provided with training from SkinBetter Science's staff, educational information, 24/7 clinical support by phone and email, and additional training opportunities relating to SkinBetter Science skincare products that are not available to the general public.

27.     The SkinBetter Science's Authorized Physician Partner Policy specifically states that Authorized Physician Partners are "not permitted to sell SkinBetter Science products on their personal or office website or any other online store or location."  "An Authorized Physician Partner's resale of SkinBetter Science products to anyone other than a patient of the same Authorized Physician Partner is prohibited.  Furthermore, online sales of SkinBetter Science products to the general public, including but not limited to selling SkinBetter Science products directly or indirectly through a physician's website or in any other way, is strictly prohibited."

28.     In addition, Authorized Physician Partners are prohibited from facilitating or enabling in any way "any other person, company or entity to distribute, copy, reproduce, or otherwise utilize Approved Materials [e.g., photographs, images, training and promotional materials] or any of SkinBetter Science's trademarks, copyrights, patents (Intellectual Property) without the prior written consent of SkinBetter Science.  Improper use of SkinBetter Science's Approved Materials or Intellectual Property is strictly prohibited."

29.     SkinBetter Science prohibits the resale of its products by unauthorized sellers on the Internet because of, among other things, the potential risks to consumer safety, health, and the SkinBetter Science brand in the event SkinBetter Science skincare products are used without consulting with and receiving the support of a medically licensed Authorized Physician Partner or are not transported or stored properly.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

\4835-0428-5864

**Defendants are Illegally Selling Products Bearing the SkinBetter Science Trademarks and Interfering with SkinBetter Science's Quality Controls**

30.     Due to the customer and reputational risks associated with the sale of SkinBetter Science's products by unauthorized Internet sellers, SkinBetter Science polices the sale of its products online.

31.     Through these efforts, SkinBetter Science discovered its products being sold through the storefront "taiphoononlineventures" on eBay (operated by Defendants Robert and Marianne Taitano).

32.     Defendants are not Authorized Physician Partners, are not medically licensed professionals, and are not authorized to use the SkinBetter Science Trademarks.

**Defendants' Illegal Sale of Products Bearing the SkinBetter Science Trademarks on the Internet**

33.     In or around the Fall of 2017, SkinBetter Science discovered an eBay storefront with the name "familytimeshop" selling SkinBetter Science products.

34.     Based on a test buy and further investigation, SkinBetter Science connected the eBay storefront "familytimeshop" to Defendant Marianne Taitano.

35.     On or around October 3, 2017, SkinBetter Science, through counsel, sent a cease and desist letter to Marianne Taitano at 124 Bernal Rd San Jose, CA 95119. Sometime thereafter, SkinBetter Science's products were removed from the "familytimeshop" storefront.

36.     On or around September 9, 2019, SkinBetter Science discovered that the eBay storefront "taiphoononlineventures" was listing Skinbetter Science products.

37.     Through an investigation, SkinBetter Science connected the "taiphoononlineventures" storefront to Defendants Robert and Marianne Taitano.

38.     On or around, September 11, 2019, SkinBetter Science, through counsel, sent a follow-up letter to Defendants Robert and Marianne Taitano demanding that that Defendants immediately cease selling products bearing the SkinBetter Science Trademarks. The letter asserted that they were engaged in the unlawful sale of SkinBetter Science

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

products on the "taiphoononlineventures" storefront and advised them that they were infringing on the SkinBetter Science Trademarks, tortiously interfering with SkinBetter Science's contracts, and causing harm to SkinBetter Science. The letter also put Defendants on notice that that they were injuring SkinBetter Science in Arizona through their illegal actions and that they would be subject to personal jurisdiction in Arizona if they continued to engage in their conduct.  The letter demanded that Defendants immediately cease selling products bearing the SkinBetter Science Trademarks.

39.    Defendants responded to the letter by email on September 15, 2019, but did not remove products bearing SkinBetter Science's Trademarks from the "taiphoononlineventures" storefront or state that they intended to do so.

40.    Defendants continue to sell SkinBetter Science products through the "taiphoononlineventures" eBay storefront.

**Defendants' Sales of SkinBetter Science Products Are Willfully Infringing SkinBetter Science's Trademarks**

41.    Defendants are not authorized to sell SkinBetter Science products.

42.    Defendants, without Plaintiffs' authorization, have sold, and continue to sell, products bearing the SkinBetter Science Trademarks through their storefront on eBay.

43.    Upon information and belief, Defendants acquired and continue to acquire SkinBetter Science products from Authorized Physician Partners with the purpose of reselling these products on the Internet.

44.    The products sold by Defendants bearing the SkinBetter Science Trademarks are not subject to SkinBetter Science's quality controls, are not subject to SkinBetter Science's skincare program instructions, and lack licensed skincare professional evaluation, monitoring, or clinical support—all of which are important elements of authentic SkinBetter Science products.

45.    Through their unauthorized use of the SkinBetter Science Trademarks, Defendants have—and continue to—mislead, confuse, and deceive consumers into believing that they are buying genuine SkinBetter Science's products with the same quality

controls and consumer benefits as SkinBetter Science products. But the products sold by Defendants are materially different from genuine and authentic SkinBetter Science products.

46. Despite these facts, Defendants have sold, and continue to sell, products bearing the SkinBetter Science Trademarks through their eBay storefront without SkinBetter Science's consent.

47. Upon information and belief, through their interactive eBay storefront, Defendants have advertised and marketed infringing products bearing the SkinBetter Science Trademarks to consumers in Arizona.

48. Upon information and belief, through their interactive eBay storefront, Defendants have accepted and fulfilled orders of infringing products bearing the SkinBetter Science Trademarks from consumers in Arizona.

49. Upon information and belief, through their interactive eBay storefront, Defendants have shipped infringing products bearing the SkinBetter Science Trademarks to Arizona through the regular course of business.

**Defendants Are Tortiously Interfering with SkinBetter Science's Agreements with Its Authorized Physician Partners**

50. Upon information and belief, Defendants have purchased SkinBetter Science Products from SkinBetter Science Authorized Physician Partners for purposes of unlawfully infringing upon and materially damaging the value of the SkinBetter Science Trademarks by reselling them on the Internet without SkinBetter Science's approval.

51. SkinBetter Science's agreements with its Authorized Physician Partners prevent those Authorized Physician Partners from selling SkinBetter Science Products to third parties who intend to resell the products.

52. Defendants were informed of this prohibition by at least September 11, 2019. On that date, Defendants received a cease and desist letter from SkinBetter Science that informed Defendants that the contracts between SkinBetter Science and its Authorized Physician Partners prohibit Authorized Physician Partners from selling SkinBetter Science

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Products to any person or entity that intends to resell the products.

53.    The September 11, 2019 cease and desist letter also informed Defendants that, by purchasing SkinBetter Science products from an Authorized Physician Partners for purposes of resale, they were causing a breach of the agreement between SkinBetter Science and its Authorized Physician Partners and interfering with SkinBetter Science's agreements and business relationships.

54.    The September 11, 2019 letter also advised Defendants that if they continued to acquire SkinBetter Science products from SkinBetter Science's Authorized Physician Partners for purposes of reselling them, they would be liable for tortiously interfering with SkinBetter Science's contracts and/or business relationships.

55.    Despite being provided this information, upon information and belief, Defendants have continued to acquire SkinBetter Science Products from SkinBetter Science's Authorized Physician Partners with the intent to resell them.

56.    Upon information and belief, Defendants do not disclose to Authorized Physician Partners that they intend to resell the SkinBetter Science Products they purchase from Authorized Physician Partners.

57.    Defendants, without legal right, privilege or justification, willfully and knowingly induced and are continuing to induce unknown Authorized Physician Partners to breach their agreements with SkinBetter Science so that they can acquire SkinBetter Science Products and unlawfully infringe upon the SkinBetter Science Trademarks by reselling the products.

**Plaintiffs Have Suffered Significant Harm As A Result Of Defendants' Conduct**

58.    As a result of Defendants' actions, SkinBetter Science has suffered, and will continue to suffer, irreparable harm to their quality control procedures, the SkinBetter Science Trademarks, corporate goodwill, and SkinBetter Science's contracts.  SkinBetter Science has also suffered, and will continue to suffer, loss of sales.

59.    SkinBetter Science has suffered, and will continue to suffer, irreparable harm as a result of Defendants' actions, including, but not limited to, irreparable harm to their

\4835-0428-5864

reputation, goodwill, business and customer relationships, intellectual property rights and brand integrity.

60.     Defendants' conduct was and is knowing, intentional, willful, malicious, wanton and contrary to law.   Defendants' continued pattern of misconduct further demonstrates intent to harm SkinBetter Science.

61.     SkinBetter Science is entitled to injunctive relief because, unless enjoined by this Court, Defendants will continue to unlawfully sell SkinBetter Science skincare products, causing continued irreparable harm to SkinBetter Science's reputation, goodwill, relationships, intellectual property and brand integrity.

## FIRST CAUSE OF ACTION

### Trademark Infringement

### 15 U.S.C. §§ 1114 and 1125(a)(1)(a)

62.     SkinBetter Science hereby incorporates the allegations contained in the foregoing Paragraphs as if fully set forth herein.

63.     DermaForce is the owner of the SkinBetter Science Trademarks.

64.      SkinBetter Science has registered the SkinBetter Science Trademarks with the United States Patent and Trademark Office.

65.     SkinBetter Science has common law rights in the SkinBetter Science Trademarks.

66.     The SkinBetter Science Trademarks are valid and subsisting trademarks in full force and effect.

67.     Plaintiffs used the SkinBetter Science Trademarks before any use thereof by Defendants.

68.     One of the SkinBetter Science Trademarks, SKINBETTER®, as reflected in Registration Nos. 4,543,994 and 4,538,385, is incontestable.

69.     The SkinBetter Science Trademarks are inherently distinctive and are therefore entitled to strong protection under federal trademark laws

70.     Defendants at no time had a license to use the SkinBetter Science Trademarks.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

71.     At no time were the SkinBetter Science Trademarks assigned to Defendants.

72.     Defendants willfully and knowingly used, and continue to use, the SkinBetter Science Trademarks in commerce for purposes of selling, offering for sale, advertisement, and/or the promotion of SkinBetter Science products on the Internet without SkinBetter Science's consent.

73.     The products Defendants sell bearing the SkinBetter Science Trademarks are not authorized for sale by SkinBetter Science.

74.     SkinBetter Science has established and implemented legitimate and substantial quality controls with which genuine SkinBetter Science products must comply.

75.     SkinBetter Science abides by these quality controls and requires all of its Authorized Physician Partners to abide by these quality controls.

76.     SkinBetter Science's quality controls are material, as they protect consumers and prevent them from receiving tampered-with, damaged, expired, and poor quality products.

77.     The products Defendants sell bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with, SkinBetter Science's quality controls.

78.     Because the products Defendants sell bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls, the products Defendants sell are materially different from genuine SkinBetter Science products.

79.     Because the products Defendants sell bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls, the products Defendants sell are not genuine SkinBetter Science products.

80.     Defendants' unauthorized sale of products bearing the SkinBetter Science Trademarks interferes with SkinBetter Science's quality controls and ability to exercise quality control over products bearing the SkinBetter Science Trademarks.

81.     Defendants' unauthorized sale of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it

\4835-0428-5864

suggests that the products Defendants offer for sale are genuine SkinBetter Science products when, in fact, they are not.

82.     Defendants' unauthorized sale of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer for sale are sponsored, authorized, or otherwise connected with SkinBetter Science when, in fact, they are not.

83.     Defendants' unauthorized use of the SkinBetter Science Trademarks has infringed upon and materially damaged the value of the SkinBetter Science Trademarks and caused significant damage to SkinBetter Science's business relationships.

84.     As a proximate result of Defendants' actions, SkinBetter Science has suffered, and will continue to suffer immediate and irreparable harm. SkinBetter Science has also suffered, and continues to suffer damage to its business, goodwill, reputation, and profits in an amount to be proven at trial.

85.     SkinBetter Science is entitled to recover its damages caused by Defendants' infringement of the SkinBetter Science Trademarks and disgorge Defendants' profits from their willfully infringing sales and unjust enrichment.

86.     SkinBetter Science is entitled to injunctive relief under 15 U.S.C. § 1116 because it has no adequate remedy at law for Defendants' infringement and unless Defendants are permanently enjoined, SkinBetter Science will suffer irreparable harm.

87.     SkinBetter Science is entitled to enhanced damages and attorneys' fees under 15 U.S.C. § 1117(a) because Defendants willfully, intentionally, maliciously, and in bad faith infringed on the SkinBetter Science Trademarks.

## SECOND CAUSE OF ACTION

### Unfair Competition

### 15 U.S.C. § 1125(a)

88.     SkinBetter Science hereby incorporates the allegations contained in the foregoing Paragraphs as if fully set forth herein.

89.     DermaForce is the owner of the SkinBetter Science Trademarks.

\4835-0428-5864

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

90.     SkinBetter Science has registered the SkinBetter Science Trademarks with the United States Patent and Trademark Office.

91.     SkinBetter Science has common law rights in the SkinBetter Science Trademarks.

92.     The SkinBetter Science Trademarks are valid and subsisting trademarks in full force and effect.

93.     Plaintiffs used the SkinBetter Science Trademarks before any use thereof by Defendants.

94.     Defendants at no time had a license to use the SkinBetter Science Trademarks.

95.     At no time were the SkinBetter Science Trademarks assigned to Defendants.

96.     Defendants have willfully and knowingly used, and continue to use, the SkinBetter Science Trademarks in interstate commerce for purposes of selling, offering for sale, advertising, and/or promoting the SkinBetter Science products without SkinBetter Science's consent.

97.     The products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not authorized for sale by SkinBetter Science.

98.     SkinBetter Science has established and implemented legitimate and substantial quality controls with which genuine SkinBetter Science products must comply.

99.     SkinBetter Science abides by these quality controls and requires all of its Authorized Physician Partners to abide by these quality controls.

100.    SkinBetter Science's quality controls are material, as they protect consumers and prevent them from receiving tampered-with, damaged, expired, and poor quality products.

101.    The products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls and customer service requirements.

102.    Because the products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Science's quality controls and customer service requirements, the products Defendants sell are materially different from genuine SkinBetter Science products.

103.    Because the products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls and customer service requirements, the products Defendants sell are not genuine SkinBetter Science products.

104.    Defendants' unauthorized sale and advertisement of products bearing the SkinBetter Science Trademarks interferes with SkinBetter Science's quality controls and ability to exercise quality control over products bearing the SkinBetter Science Trademarks.

105.    Defendants' unauthorized sale and advertisement of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer are subject to and abide by SkinBetter Science's quality controls when, in fact, they do not.

106.    Defendants' unauthorized sale and advertisement of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer for sale are genuine SkinBetter Science products when, in fact, they are not.

107.    Defendants' unauthorized sale and advertisement of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer for sale are sponsored by, authorized by, or otherwise connected with SkinBetter Science when, in fact, they are not.

108.    Defendants' unauthorized use of the SkinBetter Science Trademarks has infringed upon and materially damaged the value of the SkinBetter Science Trademarks and caused significant damage to SkinBetter Science's business relationships.

109.    As a proximate result of Defendants' actions, SkinBetter Science has suffered, and will continue to suffer, damage to its business, goodwill, reputation, and profits in an amount to be proven at trial.

110.    SkinBetter Science is entitled to recover its damages caused by Defendants'

infringement of the SkinBetter Science Trademarks and disgorge Defendants' profits from their willfully infringing sales and unjust enrichment.

111.   SkinBetter Science is entitled to injunctive relief under 15 U.S.C. § 1116 because it has no adequate remedy at law for Defendants' infringement and unless Defendants are permanently enjoined, SkinBetter Science will suffer irreparable harm.

112.   SkinBetter Science is entitled to enhanced damages and attorneys' fees under 15 U.S.C. § 117(a) because Defendants willfully, intentionally, maliciously, and in bad faith infringed on the SkinBetter Science Trademarks.

## THIRD CAUSE OF ACTION

### Common Law Trademark Infringement

113.   SkinBetter Science hereby incorporates the allegations contained in the foregoing Paragraphs as if fully set forth herein.

114.   DermaForce is the owner of the SkinBetter Science Trademarks.

115.   SkinBetter Science has registered the SkinBetter Science Trademarks with the United States Patent and Trademark Office.

116.   The SkinBetter Science Trademarks are valid and subsisting trademarks in full force and effect.

117.   Plaintiffs used the SkinBetter Science Trademarks before any use thereof by Defendants.

118.   The SkinBetter Science Trademarks are distinctive and widely recognized by the consuming public.  SkinBetter Science products are sold and purchased through its Authorized Physician Partners throughout the United States, including Arizona.

119.   SkinBetter Science is widely recognized as the designated source of goods bearing the SkinBetter Science Trademarks.

120.   Defendants at no time had a license to use the SkinBetter Science Trademarks.

121.   At no time were the SkinBetter Science Trademarks assigned to Defendants.

122.   Defendants willfully and knowingly used, and continue to use, the SkinBetter Science Trademarks in commerce, including in Arizona, for purposes of selling SkinBetter

\4835-0428-5864

Science products on the Internet without SkinBetter Science's consent.

123. The products Defendants sell bearing the SkinBetter Science Trademarks are not authorized for sale by SkinBetter Science.

124. SkinBetter Science has established and implemented legitimate and substantial quality controls with which genuine SkinBetter Science products must comply.

125. SkinBetter Science abides by these quality controls and requires all of its Authorized Physician Partners to abide by the quality controls.

126. SkinBetter Science's quality controls are material, as they protect consumers and prevent them from receiving tampered-with, damaged, expired, and poor quality products.

127. The products Defendants sell bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls.

128. Because the products Defendants sell bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls, the products Defendants sell are materially different from genuine SkinBetter Science products.

129. Because the products Defendants sell bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls, the products Defendants sell are not genuine SkinBetter Science products.

130. Defendants' unauthorized sale of products bearing the SkinBetter Science Trademarks interferes with SkinBetter Science's quality controls and ability to exercise quality control over products bearing the SkinBetter Science Trademarks.

131. Defendants' unauthorized sale of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer are subject to and abide by SkinBetter Science's quality controls when, in fact, they do not.

132. Defendants' unauthorized sale of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

suggests that the products Defendants offer for sale are genuine SkinBetter Science products when, in fact, they are not.

133.   Defendants' unauthorized sale of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer for sale are sponsored by, authorized by, or otherwise connected with SkinBetter Science when, in fact, they are not.

134.   Defendants' unauthorized use of the SkinBetter Science Trademarks has infringed upon and materially damaged the value of the SkinBetter Science Trademarks and caused significant damage to SkinBetter Science's business relationships.

135.   As a proximate result of Defendants' actions, SkinBetter Science has suffered, and will continue to suffer, immediate and irreparable harm.  SkinBetter Science has also suffered, and continues to suffer, damages including, but not limited to loss of business, goodwill, reputation, and profits in an amount to be proven at trial.

136.   SkinBetter Science is also entitled to punitive damages because Defendants acted maliciously toward SkinBetter Science or in an intentional disregard of the rights of SkinBetter Science.

## **FOURTH CAUSE OF ACTION**

### **Common Law Unfair Competition**

137.   SkinBetter Science hereby incorporates the allegations contained in the foregoing Paragraphs as if fully set forth herein.

138.   DermaForce is the owner of the SkinBetter Science Trademarks.

139.   SkinBetter Science has registered the SkinBetter Science Trademarks with the United States Patent and Trademark Office.

140.   The SkinBetter Science Trademarks are valid and subsisting trademarks in full force and effect.

141.   Plaintiffs used the SkinBetter Science Trademarks before any use thereof by Defendants.

142.   Defendants at no time had a license to use the SkinBetter Science Trademarks.

\4835-0428-5864

143.  At no time were the SkinBetter Science Trademarks assigned to Defendants.

144.  Defendants willfully and knowingly used, and continue to use, the SkinBetter Science Trademarks in commerce for purposes of selling and advertising SkinBetter Science products on the Internet without the consent of SkinBetter Science.

145.  The products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not authorized for sale by SkinBetter Science.

146.  SkinBetter Science has established and implemented legitimate and substantial quality controls with which genuine SkinBetter Science products must comply.

147.  SkinBetter Science abides by these quality controls and requires all of its Authorized Physician Partners to abide by these quality controls.

148.  SkinBetter Science's quality controls are material, as they protect consumers and prevent them from receiving tampered-with, damaged, expired, and poor quality products.

149.  The products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls.

150.  Because the products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls, the products Defendants sell are materially different from genuine SkinBetter Science products.

151.  Because the products Defendants sell and advertise bearing the SkinBetter Science Trademarks are not subject to, do not abide by, and interfere with SkinBetter Science's quality controls, the products Defendants sell are not genuine SkinBetter Science products.

152.  Defendants' unauthorized sale and advertisement of products bearing the SkinBetter Science Trademarks interferes with SkinBetter Science's quality controls and ability to exercise quality control over products bearing the SkinBetter Science Trademarks.

153.  Defendants' unauthorized sale and advertisement of products bearing the

\4835-0428-5864

SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer are subject to and abide by SkinBetter Science's quality controls when, in fact, they do not.

154.   Defendants' unauthorized sale and advertisement of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer for sale are genuine SkinBetter Science products when, in fact, they are not.

155.   Defendants' unauthorized sale and advertisement of products bearing the SkinBetter Science Trademarks is likely to cause confusion, cause mistake, or deceive consumers because it suggests that the products Defendants offer are sponsored by, authorized by, approved by, or otherwise connected with SkinBetter Science when, in fact, they are not.

156.   Defendants' unauthorized use of the SkinBetter Science Trademarks has infringed upon and materially damaged the value of the SkinBetter Science Trademarks and caused significant damage to SkinBetter Science's business relationships.

157.   As a proximate result of Defendants' actions, SkinBetter Science has suffered, and continues to suffer, immediate and irreparable harm.  SkinBetter Science has also suffered, and continues to suffer, damages, including, but not limited to, loss of business, goodwill, reputation, and profits in an amount to be proven at trial.

158.   SkinBetter Science is also entitled to punitive damages because Defendants acted maliciously toward SkinBetter Science or in an intentional disregard of the rights of SkinBetter Science.

### FIFTH CAUSE OF ACTION

### Tortious Interference with Contract and Business Expectancy

159.   SkinBetter Science hereby incorporates the allegations contained in the foregoing Paragraphs as if fully set forth herein.

160.   SkinBetter Science has entered into contracts and/or has business expectancies with its Authorized Physician Partners to sell SkinBetter Science products.

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

These agreements and the SkinBetter Science Authorized Physician Partner Policy specifically prohibit SkinBetter Science's Authorized Physician Partners from selling SkinBetter Science products to third parties, such as Defendants, for purposes of resale.

161. Defendants knew that the SkinBetter Science Authorized Physician Partner Policy and SkinBetter Science's contracts and/or business expectancies with its Authorized Physician Partners prohibit SkinBetter Science's Authorized Physician Partners from selling SkinBetter Science Products to third parties, such as Defendants, for purposes of resale.

162. Defendants' were provided notice of this prohibition by at least September 11, 2019, through the cease and desist letter they received from SkinBetter Science.

163. Despite this knowledge, Defendants willfully and intentionally interfered with the SkinBetter Science Authorized Physician Partner Policy and the contracts and/or business expectancies  between SkinBetter Science and its Authorized Physician Partners by inducing SkinBetter Science's Authorized Physician Partners to breach their agreements and sell products to Defendants so that they could resell them on the Internet, including through Defendants' eBay storefront.

164. Defendants' conduct also caused certain of SkinBetter Science's business expectancies with Authorized Physician Partners to terminate.

165. Defendants' conduct was improper because Defendants acquired products from Authorized Physician Partners for the purpose of reselling those products on the Internet in violation of the SkinBetter Science Authorized Physician Partner Policy and SkinBetter Science's agreements with its Authorized Physician Partners.

166. Defendants have no legal right, privilege or justification for their conduct.

167. Defendants' actions have caused injury to SkinBetter Science for which SkinBetter Science is entitled to compensatory damages in an amount to be proven at trial.

168. SkinBetter Science is entitled to punitive damages because Defendants acted with oppression, fraud, and malice.

169. SkinBetter Science is also entitled to punitive damages because Defendants

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

\4835-0428-5864

1   acted maliciously toward SkinBetter Science or in an intentional disregard of the rights of

2   SkinBetter Science.

3   **PRAYER FOR RELIEF**

4   WHEREFORE, SkinBetter Science prays for relief and judgment as follows:

5   A.     Judgment in favor of SkinBetter Science and against Defendants in an amount

6   to be determined at trial including, but not limited to, compensatory damages, statutory

7   damages, treble damages, restitution, including disgorgement of profits, punitive and/or

8   exemplary damages, and pre-judgment and post-judgment interest, as permitted by law;

9   B.     A permanent injunction enjoining Defendants and any employees, agents,

10  servants, officers, representatives, directors, attorneys, successors, affiliates, assigns, any

11  and all other entities owned or controlled by Defendants, and all of those in active concert

12  and participation with Defendants (the "Enjoined Parties") as follows:

13  i)     Prohibiting the Enjoined Parties from importing, exporting,

14  displaying, circulating, producing, distributing, marketing,

15  advertising, promoting, transferring, offering for sale, or selling, via

16  the Internet or otherwise, any products or services bearing the

17  SkinBetter Science Trademarks and/or any confusingly similar mark,

18  ii)    Prohibiting the Enjoined Parties from using any of the SkinBetter

19  Science Trademarks in any manner, in connection with Defendants'

20  goods and services, using the SkinBetter Science Trademarks in

21  advertising or promoting Defendants' goods and services, and/or using

22  confusingly similar variations of the SkinBetter Science Trademarks

23  in any manner that is likely to create the impression that Defendants'

24  goods or services originate from SkinBetter Science, are endorsed by

25  SkinBetter Science, or are connected in any way with SkinBetter

26  Science,

27  iii)   Prohibiting the Enjoined Parties from disposing of, destroying,

28  altering, moving, removing, concealing, or tampering with any records

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

\4835-0428-5864

related to any products sold by them which contain the SkinBetter Science Trademarks including: invoices, correspondence with vendors and distributors, bank records, account books, financial statements, purchase contracts, sales receipts, and any other records that would reflect the source of the products that Defendants have sold bearing these trademarks,

iv)   Requiring the Enjoined Parties to take all action to remove from the Enjoined Parties' websites any reference to any of SkinBetter Science's products, or any of the SkinBetter Science Trademarks,

v)    Requiring the Enjoined Parties to take all action, including but not limited to, requesting Internet search engines (such as Google, Yahoo!, and Bing) remove from the Internet any of the SkinBetter Science Trademarks which associate SkinBetter Science's products or the SkinBetter Science Trademarks with the Enjoined Parties or any website controlled by the Enjoined Parties,

vi)   Requiring the Enjoined Parties to take all action to remove the SkinBetter Science Trademarks from the Internet, including from the website www.eBay.com;

C.   An award of attorneys' fees, costs, and expenses pursuant to 15 U.S.C. § 1117, and to the extent recoverable by any other applicable law; and

D.   Such other and further relief as the Court deems just, equitable and proper.

## **JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all issues so triable.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

\4835-0428-5864

1

2    DATED this 3rd day of October, 2019.

3                     SNELL & WILMER L.L.P.

4

5               By: *s/ Rachael Peters Pugel*

6                   Andrew F. Halaby
                      Rachael Peters Pugel

7                   One Arizona Center
                      400 E. Van Buren, Suite 1900

8                   Phoenix, Arizona  85004-2202
                      *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000