1  Andrew F. Halaby (#017251)
   Rachael Peters Pugel (#032626)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
4  Telephone:  602.382.6000
   Facsimile:  602.382.6070
5  E-Mail: ahalaby@swlaw.com
           rpugel@swlaw.com
6  Attorneys for Plaintiffs

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      FOR THE DISTRICT OF ARIZONA

11

12  DermaForce Holdings, LLC, a Delaware        No.
    limited liability company; and SkinBetter
13  Science, LLC, a Delaware limited liability  **DERMAFORCE HOLDINGS, LLC'S**
    company,                                    **CORPORATE DISCLOSURE**
14                                              **STATEMENT**
                       Plaintiffs,
15
           v.
16
    Robert Taitano and Marianne Taitano,
17  husband and wife,

18                     Defendant.

19        This Corporate Disclosure Statement is filed on behalf of Plaintiff DermaForce

20  Holdings, LLC in compliance with the provisions of: (*check one*)

21    X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party

22        to an action in a district court must file a statement that identifies any parent

23        corporation and any publicly held corporation that owns 10% or more of its stock

24        or states that there is no such corporation.

25    ___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

26        corporate party to a proceeding in a district court must file a statement that

27        identifies any parent corporation and any publicly held corporation that owns

28        10% or more of its stock or states that there is no such corporation.

4822-4206-2248

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_X_  No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (*Attach additional pages if needed.*)

_____Relationship_____

____ Publicly held corporation, not a party to the case, with financial interest in the outcome.  *List identity of corporation and the nature of the financial interest.* (*Attach additional pages if needed.*)

_____

____ Other (please explain)

_____

    **A  supplemental  disclosure  statement  will  be  filed  upon  any  change  in  the information provided herein.**

DATED this 3rd day of October, 2019.

SNELL & WILMER L.L.P.


By: s/ *Rachael Peters Pugel*
Andrew F. Halaby
Rachael Peters Pugel
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
*Attorneys for Plaintiffs*