# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dermaforce Holdings LLC, et al., | NO. CV-19-05319-PHX-GMS |
| Plaintiffs, | |
| v. | CLERK'S ENTRY OF DEFAULT |
| Robert Taitano, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Robert Taitano and Marianne Taitano .

DEFAULT ENTERED this 1st day of November, 2019.

Brian D. Karth
District Court Executive/Clerk of Court

November 1, 2019

By   s/ G. Puraty
     Deputy Clerk